WOOD, DOLSON Co., INC., Appellant, v. THE SAHOFF CORPORATION, Respondent. — Determination affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HYMAN ZUBRINSKY, Appellant, v. LOUIS ZUBRINSKY and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLES STEBER, Respondent, v. THE PALM KNITTING Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of THOMAS LAWLER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures appellant's points to be filed on or before April 15, 1925. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

JACOB PALEY, Respondent, v. ALEX LEITMAN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures record on appeal to be filed on or before March 25, 1925. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON HOFFMAN, Appellant.— Motion to dismiss appeal granted, unless appellant p ocures record on appeal and appellant's points to be filed on or before April 1, 1925. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

EARL B. BARNES, as Trustee, etc., v. LAURENCE J. HIRSCH and Others.— Motion denied on condition that plaintiff sign a stipulation similar to that made with the defendants Schatzkin and others, which respondent announces his willingness to do. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

LOUISE ELLIS, Respondent, v. ANNA MARIA KELSEY and Others, Appellants.— Motion granted as indicated in order. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSSADDER ALI, Appellant.— Preference granted for April 8, 1925. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

SPYROS D. DRACOPOULOS, Respondent, v. NATIONAL STEAM NAVIGATION Co., LTD., OF GREECE, and Another, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SEILER COAL Co., INC., Respondent, v. DETROIT FIDELITY & SURETY COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ALBERT S. HECHT, Respondent, v. FRED T. LEY & Co., INC., Appellant, Impleaded with Others, Defendants.— Judgment modified by striking out the provision for an extra allowance and reducing the amount of the judgment as entered to the sum of $28,889.20, and as so modified affirmed, with costs to respondent. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.